No. 964. SMITH v. DANIEL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for

the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Minnie D. Smith, pro se.* No appearance for respondent.